IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-783-JLK**

**DAVID DOWNEY**,

       Plaintiff,

v.

**REDLINE RECOVERY SERVICES, LLC,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Joint Motion to Set Aside Clerk's Entry of Default and Allow Defendant to Respond (doc. #6), filed July 20, 2010, is GRANTED. The Clerk's Entry of Default is VACATED. Defendant's Answer to Complaint (doc. #7) is accepted as filed.

Dated: July 20, 2010